# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** SANDRA MARSHALL

v.

HONEYWELL TECH. SYS, INC., ET AL.

**Case No:** 14-7190

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Engility Corporation (f/k/a L-3 Communications Government Services, Inc.)

Names of Parties                                   Names of Parties

### Counsel Information

**Lead Counsel:** Leslie Paul Machado

**Direct Phone:** (703) 647-5928   **Fax:** (703) 647-5968   **Email:** leslie.machado@leclairryan.com

**2nd Counsel:** Sarah E. Moffett

**Direct Phone:** (703) 647-5930   **Fax:** (703) 647-5980   **Email:** sarah.moffett@leclairryan.com

**3rd Counsel:**

**Direct Phone:** ( )   -   **Fax:** ( )   -   **Email:**

**Firm Name:** LeClairRyan, a Professional Corporation

**Firm Address:** 2318 Mill Road, Suite 1100; Alexandria, Virginia 22314

**Firm Phone:** (703) 684-8007   **Fax:** (703) 684-8075   **Email:**

**Notes:** This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)