# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Sandra Marshall

v.   **Case No:** 14-7190

Honeywell Technology Systems, Inc., et. al

### ENTRY OF APPEARANCE

**Party Information**

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

SGT, Inc.

Names of Parties                              Names of Parties

**Counsel Information**

Lead Counsel: Isaias "Cy" Alba IV

Direct Phone: (202) 857-1000   Fax: (202) 857-0200   Email: ialba@pilieromazza.com

2nd Counsel:

Direct Phone: (  )   Fax: (  )   Email:

3rd Counsel:

Direct Phone: (  )   Fax: (  )   Email:

Firm Name: PilieroMazza PLLC

Firm Address: 888 17th St., NW, 11th Floor, Washington, DC 20006

Firm Phone: (202) 857-1000   Fax: (202) 857-0200   Email: ialba@pilieromazza.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)